**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

CAROL BORMANN                                    Chapter 13

                    Debtor            Bankruptcy No. 20-10064-AMC

**OBJECTION OF CHAPTER 13 TRUSTEE**
**TO CONFIRMATION OF PLAN OF DEBTOR(S)**

**AND NOW** comes, WILLIAM C. MILLER, ESQUIRE, chapter 13 standing trustee, to object to confirmation of the chapter 13 plan of debtor(s), because it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the Bankruptcy Code, and/or debtor(s) has/have failed to provide information, evidence, or corrections to the petition, schedules, statements or other documents filed by debtor(s) to enable the standing trustee to evaluate the Plan for confirmation, as follows:

Debtor(s) has/have failed to provide required documentation as to depository and investment accounts as required by Bankruptcy Rule 4002(b)(2)(B).
Debtor(s) has/have failed to provide evidence of insurance coverage on real property owned by such debtor(s) as directed at the meeting of creditors.
Debtor(s) has/have failed to file an amended plan as directed at the meeting of creditors.

**WHEREFORE**, the standing trustee requests that the Court enter an order in the form annexed hereto denying confirmation of the Plan.

                                    Respectfully submitted,

                                      /s/ William C. Miller
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee